No. 91–783. OWENS-ILLINOIS, INC. *v.* GLASS, MOLDERS, POT-TERY, PLASTICS & ALLIED WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–784. CARPENTER *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 91–786. CLARKE *v.* LOMA LINDA FOODS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–787. RENBARGER *v.* WEISS. C. A. 10th Cir. Certiorari denied.

No. 91–788. INAFUKU *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–789. GRUNST *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–793. MICHIGAN *v.* HARRIS. Ct. App. Mich. Certiorari denied.

No. 91–795. COLLINS MUSIC CO., INC., ET AL. *v.* SOUTH CARO-LINA TAX COMMISSION. Sup. Ct. S. C. Certiorari denied.

No. 91–799. DATTILO *v.* HOKE, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 91–800. CUMBERLAND & OHIO CO. OF TEXAS, INC., SUC-CESSOR CORPORATION OF HERBERT MATERIALS, INC. *v.* FIRST AMERICAN NATIONAL BANK. C. A. 6th Cir. Certiorari denied.

No. 91–801. CREAMER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–802. SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY *v.* EIDUKONIS. C. A. 3d Cir. Certiorari denied.

No. 91–805. SAVERS *v.* COMMISSIONER OF INTERNAL REVE-NUE ET AL. C. A. D. C. Cir. Certiorari denied.